UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELBY ACCELY,

          Plaintiff,

-v-

CONSOLIDATED EDISON CO. OF NEW YORK, INC., ANDY FEEHAN, DARREN BRINDISI, and THERESA KOHN,

          Defendants.

CIVIL ACTION NO.: 19 Civ. 5984 (AT) (SLC)

**AMENDED TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The request to adjourn the telephone conference scheduled for August 25, 2020 at 12:00 pm is GRANTED.

The conference is AJOURNED to **Friday, August 28, 2020 at 10:00 am.** The parties are directed to call the Court's conference line at: 866-390-1828, access code: 380-9799 at the scheduled time.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 62.

Dated:     New York, New York
            August 24, 2020

                                       SO ORDERED

                                       _____
                                       SARAH L. CAVE
                                       **United States Magistrate Judge**