UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELBY ACCELY,

                        Plaintiff,

        -against-

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC., in its official capacity, ANDY
FEEHAN, in his official and individual capacity,
DARREN BRINDISI, in his official and individual
capacity, and THERESA KOHN in her official and
individual capacity,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/9/2020
```

19 Civ. 5984 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The case management conference scheduled for October 15, 2020, is ADJOURNED to **December 15, 2020**, at **10:20 a.m.**  By **December 8, 2020**, the parties shall submit their joint status letter and case management plan.

      The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19.  Accordingly, it is ORDERED that at 10:20 a.m. on December 15, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

      SO ORDERED.

Dated: October 9, 2020
      New York, New York

                                ANALISA TORRES
                       United States District Judge