UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELBY ACCELY,

                Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., in its official capacity, ANDY FEEHAN, in his official and individual capacity, DARREN BRINDISI, in his official and individual capacity, and THERESA KOHN in her official and individual capacity,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/7/2020_

19 Civ. 5984 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for December 15, 2020, is ADJOURNED to **January 6, 2021**, at **10:20 a.m.** By **December 30, 2020**, the parties shall submit their joint status letter and case management plan.

    The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, at 10:20 a.m. on January 6, 2021, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

    SO ORDERED.

Dated: December 7, 2020
       New York, New York

                                                          ANALISA TORRES
                                                 United States District Judge