UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELBY ACCELY,

                          Plaintiff,

           -against-

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC., in its official capacity, ANDY
FEEHAN, in his official and individual capacity,
DARREN BRINDISI, in his official and individual
capacity, and THERESA KOHN in her official and
individual capacity,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/6/2021
```

19 Civ. 5984 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for January 6, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: January 6, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge