UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELBY ACCELY,

                Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., in its official capacity, ANDY FEEHAN, in his official and individual capacity, DARREN BRINDISI, in his official and individual capacity, and THERESA KOHN in her official and individual capacity,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/3/2021_

19 Civ. 5984 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters at ECF Nos. 87–88.

1. By **February 23, 2021**, the parties shall submit to the Court a joint statement of material facts, pursuant to Local Rule 56.1, **combining** their separately submitted Rule 56.1 Statements.

2. By **April 14, 2021**, the parties shall file their motions for summary judgment.

3. By **April 28, 2021**, the parties shall file any opposition.

4. By **May 12, 2021**, the parties shall file any replies.

    The deadline for pre-trial submissions is ADJOURNED *sine die*. The Court will not accept sur-replies unless the Court explicitly requests them from the parties.

    SO ORDERED.

Dated: February 3, 2021
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge