

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/24/2021__

Jeanine Conley Daves
347.803.5239 direct
864.775.3190 main
864.752.0918 fax
jconley@littler.com

February 23, 2021

**VIA ECF and E-MAIL (Torres_NYSDChambers@nysd.uscourts.gov)**
Honorable Analisa Torres, U.S.D.J.
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Accely v. Consolidated Edison Company of New York, Inc., et al.
             Civil Action No.: 19-CV-5984 (AT)(SLC)

Dear Judge Torres:

    We write on behalf of all parties in the above-referenced matter pursuant to Your Honor's Individual Practices in Civil Cases to respectfully request an extension of time of the parties' deadline to file their joint Rule 56.1 Statement of Material Fact from February 23, 2021 until March 9, 2021. All parties consent to this request. This is the first request for an extension of time to file the Joint Rule 56.1 Statement of Material Fact.

    On February 3, 2021, the Court granted the parties' requests to adjourn their deadline to file their motions for summary judgment. The deadline was extended from February 23, 2021 to April 14, 2021. The Court further ordered that a joint statement of materials facts be submitted by the parties on February 23, 2021. Although a joint statement has been challenging, the parties are working to finalize this joint submission, but they respectfully request an additional seven days to reach agreement on remaining issues. This will not impact any other current deadlines or conferences.

    Additionally, pursuant to FRCP 26(2)(D)(ii), Con Edison Defendants' deadline to serve a rebuttal report to Plaintiff's expert report, served January 29, 2021, is March 1, 2021. Con Edison respectfully requests an extension of time from March 1, 2021 until March 15, 2021. All parties consent to this request. This is the first request for an extension of time to serve Con Edison Defendants' rebuttal report. This request will not impact any other current deadlines or conferences.

GRANTED. By **March 9, 2021**, the parties shall file their joint 56.1 statement. By **March 15, 2021**, the parties shall complete expert discovery.

SO ORDERED.

Dated: February 24, 2021
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge