

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/9/2021
```

347.803.5239 direct
864.775.3190 main
864.752.0918 fax
jconley@littler.com

March 8, 2021

**VIA ECF and E-MAIL (Torres_NYSDChambers@nysd.uscourts.gov)**
Honorable Analisa Torres, U.S.D.J.
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **Accely v. Consolidated Edison Company of New York, Inc., et al.**
       **Civil Action No.: 19-CV-5984 (AT)(SLC)**

Dear Judge Torres:

We write on behalf of defendants in the above-referenced matter pursuant to Your Honor's Individual Practices in Civil Cases.

On February 3, 2021, the Court granted the parties' requests to adjourn their deadline to file their motions for summary judgment. The deadline was extended from February 23, 2021 to April 14, 2021. The Court further ordered that a joint statement of materials facts be submitted by the parties on February 23, 2021. On February 24, 2021, the Court granted the parties' request to adjourn their deadline to file a Joint Rule 56.1 Statement of Material Fact from February 23, 2021 until March 9, 2021.

As we mentioned in our last letter, our attempt to combine our Rule 56.1 statements has proven more than difficult. We have spent the requested extension attempting to come up with a format that is acceptable to all parties. Although we are prepared to submit our attempt at a combined statement to the Court tomorrow, March 9, defendants believe it would be more informative for the Court and fair to the moving parties if the parties could submit separate 56.1 statements and responses. If the Court permits this request given the parties' genuine, but challenging efforts to comply with the Court's order, we can do so within one week. Thus, the parties' deadline to file their separate Rule 56.1 Statements of Material Fact would be extended from March 9, 2021 until March 16, 2021. Plaintiff does not consent to this request. This would be the second request for an extension of time to file the Rule 56.1 Statements of Material Fact, if the Court grants our request.

DENIED. The parties shall submit their combined Rule 56.1 statement by **March 9, 2021**.

SO ORDERED.

Dated: March 9, 2021
       New York, New York

ANALISA TORRES
United States District Judge