# KEITH WHITE, P

ATTORNEY & COUNSELOR

198A ROGERS AVENUE BROOKLYN, NY 1

(Tel) 718-403-9261     (email) keith@keithwhitelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022

April 2, 2022

**VIA ECF AND EMAIL**

Hon. Analisa Torres, District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

In re: Welby Accely –vs- Consolidated Edison et al 1:19-cv-05984

Dear Judge Torres:

    My office represent the Plaintiff in this action. The Plaintiff is in receipt of the Court's decision and order on the parties' Summary Judgment Motions. Plaintiff is also aware of the Court's individual practices and rules requiring a draft Joint Pretrial Order being filed within 30 days of an order on a dispositive motion. However, Plaintiff is currently on trial in front of Hon. Judge Joseph Bianco in a case that is expected to last another two weeks (*USA v. Leniz Escobar*, 2:21-cr-101). As a result of the nature of the trial, it will be difficult for counsel to meet and confer on the Joint Pretrial Order in a meaningful way to meet the current deadline. In an effort to remain compliant with the Court's rules, Plaintiff respectfully requests a 30 day enlargement of time to file the Joint Pretrial Order with the Court. The Defendants do not oppose this request.

Respectfully submitted,

N. Keith White, Esq.

        GRANTED.

        SO ORDERED.

        Dated: April 11, 2022
             New York, New York

ANALISA TORRES
United States District Judge