

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/28/2022__

Jeanine Conley Daves
347.803.5239 direct
212.583.9600 main
jconley@littler.com

June 24, 2022

**VIA ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Accely v. Consolidated Edison Company of New York, Inc., et al*
    Case No.: 1:19 cv 05984

Dear Judge Torres:

    This firm represents Defendants Consolidated Edison Company of New York, Inc. ("Con Edison"), Darren Brindisi and Theresa Kohn in the above-referenced matter. On behalf of all defendants, it is respectfully requested that the time within which to file the Joint Pre-Trial Order ('JPTO') be extended a little over two weeks from the current due date of June 29, 2022 to July 15, 2022. Unfortunately, the attorney who was brought in to substitute for the associate on this matter, who was on secondment at the time of the decision and still is, is suffering from COVID complications. The attorney is currently on an indefinite leave of absence. The additional time is needed to allow a new attorney to get up to speed and enable the parties to complete the multi-faceted JPTO as well as additional Pre-Trial filings. There has been no trial date set at this time. This is the parties' third request for an extension and all previous extensions were granted. Plaintiff's counsel does not consent to this extension request. As per the Court's rules, Plaintiff's counsel's consent was conditioned on the continuation of settlement discussions and due to individual schedules, defense counsel could not meet such condition at this time.

    Thank you for your consideration in this matter.

GRANTED. The deadline for pretrial submissions is ADJOURNED *sine die*, pending the Court's determination of when trial in this matter will commence.

SO ORDERED.

Dated: June 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge