UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| WELBY ACCELY, | : | |
| Plaintiff, | : | |
| - v - | : | |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., in its official capacity, ANDY FEEHAN, in his official and individual capacity, DARREN BRINDISI, in his official and individual capacity, and THERESA KONG, in her official and individual capacity, | : : : : | ORDER<br><br>19 Civ. 5984 (DC) (SLC) |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

      This case having been reassigned to the undersigned, counsel for the parties shall appear for a status conference on Monday, January 23, 2023, at 11:00 a.m., in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated: New York, New York
      January 3, 2023

DENNY CHIN
United States Circuit Judge
Sitting by Designation