UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

WELBY ACCELY,                                    :

                        Plaintiff,      :

                   - v -              :

CONSOLIDATED EDISON COMPANY           :           ORDER
OF NEW YORK, INC., in its official
capacity, ANDY FEEHAN, in his official :           19 Civ. 5984 (DC) (SLC)
and individual capacity, DARREN
BRINDISI, in his official and individual :
capacity, and THERESA KONG, in her
official and individual capacity,              :

                  Defendants.    :

------------------------------------- x

CHIN, Circuit Judge:

        The parties having appeared January 23, 2023, for a status conference, the Court orders as follows:

1. Except as modified by the provisions of this Order and subsequent Orders, the Court adopts the Honorable Analisa Torres's rules of individual practice in civil cases, which are available at https://nysd.uscourts.gov/sites/default/files/practice_documents/AT%20Torres%20Individual%20Practices%20in%20Civil%20Cases%20-%2010.25.2022.pdf.

2. The pretrial scheduling order of July 11, 2022, Dkt. No. 147, is amended as follows:  The parties shall submit their proposed joint pretrial order by **March 1, 2023**.  The parties shall submit motions *in limine* by **March 15, 2023**.  Oppositions to any such motions shall be submitted by **March 29, 2023**.  Counsel for the parties shall appear for oral argument on the *in limine* motions on **April 4, 2023**, at 2:00 p.m., in a courtroom to be determined.

3. The parties shall submit other required pretrial filings, including their requests to charge, verdict form, and voir dire questions, by **April 17, 2023**. Premarked exhibits shall be delivered to the Court by **April 17, 2023**.

4. Trial in this matter shall begin on **May 1, 2023**, at 10:00 a.m., in a courtroom to be designated. The Court will schedule a final pretrial conference in advance of the trial date.

5. By **February 1, 2023**, the parties shall advise the Court whether they wish to appear for a settlement conference.

6. The Clerk of Court is respectfully requested to amend the official caption of this case to reflect the proper spelling of the name of defendant Theresa Kong.

SO ORDERED.

Dated:  New York, New York
January 23, 2023

_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation