UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WELBY ACCELY,                                          :

                    Plaintiff,            :

             - v -                              :

CONSOLIDATED EDISON COMPANY                            :          ORDER
OF NEW YORK, INC., in its official
capacity, ANDY FEEHAN, in his official                 :          19 Civ. 5984 (DC) (SLC)
and individual capacity, DARREN
BRINDISI, in his official and individual               :
capacity, and THERESA KONG, in her
official and individual capacity,                      :

                    Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

        The Court, having received a status letter from plaintiff's counsel on February 1, 2023, orders as follows:

    1. The parties are ordered to appear for an in-person settlement conference on **Tuesday, February 21, 2023**, at **3:00pm** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, in a courtroom to be designated. Counsel shall appear along with Mr. Accely, Mr. Feehan, and a representative of Consolidated Edison with settlement authority.

    2. By **Tuesday, February 14, 2023**, at **5:00pm**, each party shall submit to the Court, *ex parte*, a settlement letter not to exceed three single-spaced pages. The settlement letters shall be sent to Chambers at the email address previously provided; the letters need not be sent to the other side and are not to be docketed.

3. All existing deadlines previously set by the Court remain in place.

SO ORDERED.

Dated:  New York, New York
February 2, 2023

_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation