UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| WELBY ACCELY, | : | |
| Plaintiff, | : | |
| - v - | : | |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., in its official capacity, ANDY FEEHAN, in his official and individual capacity, DARREN BRINDISI, in his official and individual capacity, and THERESA KONG, in her official and individual capacity, | : : : : | ORDER<br><br>19 Civ. 5984 (DC) (SLC) |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

      The Court orders as follows:

1. Oral argument on the motions in limine has been adjourned to **April 11, 2023, at 4pm** in Courtroom 905 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

      SO ORDERED.

Dated:    New York, New York
             April 7, 2023

                                                                                    s/DC
                                               DENNY CHIN
                                               United States Circuit Judge
                                               Sitting by Designation