UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WELBY ACCELY,                                            :

                Plaintiff,         :

     - v -                                              :

CONSOLIDATED EDISON COMPANY            :            ORDER
OF NEW YORK, INC., in its official
capacity, ANDY FEEHAN, in his official   :            19 Civ. 5984 (DC) (SLC)
and individual capacity, DARREN
BRINDISI, in his official and individual  :
capacity, and THERESA KONG, in her
official and individual capacity,              :

              Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        The Court orders that Defendants' Joint Letter Motion for Extension of Time to File Proposed Jury Charges, Voir Dire, and Exhibits, Dkt. 182, is GRANTED. The deadline for filing these and other pretrial materials is set for Monday, April 24, 2023, at 11:59pm.

        SO ORDERED.

Dated:    New York, New York
            April 21, 2023

                                                                 s/DC
                                            DENNY CHIN
                                            United States Circuit Judge
                                            Sitting by Designation