UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WELBY ACCELY,                                          :

                Plaintiff,                    :

                - v -                              :

CONSOLIDATED EDISON COMPANY                            :             ORDER
OF NEW YORK, INC., in its official
capacity, ANDY FEEHAN, in his official                 :             19 Civ. 5984 (DC) (SLC)
and individual capacity, DARREN
BRINDISI, in his official and individual               :
capacity, and THERESA KONG, in her
official and individual capacity,                      :

                Defendants.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

       The parties having settled this case in principle on terms set forth on the record on April 25, 2023, such record having been sealed by the Court, **IT IS HEREBY ORDERED**, on consent of the parties, that this action be, and the same hereby is, discontinued as to all Defendants with prejudice and without fees or costs.

       The Court will retain jurisdiction over this matter for one year from the date of this Order solely for purposes of resolving any disputes arising from the implementation of the settlement. The Clerk is directed to close the case.

       SO ORDERED.

Dated:    New York, New York
           April 26, 2023

                                            DENNY CHIN
                                            United States Circuit Judge
                                            Sitting by Designation